# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: November 5, 2013
Court Reporter: Terri Lindblom
Probation Officer: Katrina Devine
Interpreter: Susana Cahill

Criminal Action No. 12-cr-00443-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,                Susan Knox

      Plaintiff,

v.

EUCEBIO BELTRAN URIARTE,                 Lance Isaac

      Defendant.

_____

## SENTENCING MINUTES
_____

**1:03 p.m.    Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on July 25, 2013. Defendant pled guilty to Counts 1 and 2 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #95).** Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #96)** Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**      The Government's Motion for Downward Departure (**Doc. #95**) is **GRANTED.**

**ORDER**:      Defendant's Motion for Non-Guideline Sentence (**Doc. #96**) is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**      Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**1:55 p.m.      Court in recess.**

Total Time:    52 minutes.
Hearing concluded.